IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEMARRIOUS WALLACE,
CECILIA BERNARD-QUEZADA and
PERLA VELASQUEZ

      Plaintiffs,

v.                                                                                      13-cv-00902-WPL-LAM

MICHAEL FISHER, JOHN R. SULLIVAN,
and JOHN DOES 1-10 in their individual capacities,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER FOR THE CITY OF ALBUQUERQUE'S INTERNAL AFFAIRS AND THE PERSONNEL FILES OF MICHAEL FISHER AND JOHN SULLIVAN

**THIS MATTER** is before the Court on the parties' Unopposed Motion for Protective Order [*Doc. 35*], which is stipulated to by the parties by and through their respective counsel of record. The Court, being fully advised in the premises, **FINDS** that good cause exists for the entry of the Protective Order based upon the agreement of the parties.

**THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:**

The City of Albuquerque shall produce Internal Affairs File and the Personnel File of Michael Fisher and John Sullivan (hereinafter "Internal Documents") subject to the following terms and conditions:

1.    Plaintiffs and their respective attorneys of record will return the contents of the Internal Documents files at the resolution of this lawsuit;

2. Plaintiffs and their respective attorneys of record will purge all copies of the contents of the Internal Documents at the resolution of this lawsuit;

3. Plaintiffs and their respective attorneys of record will not disclose or produce the contents of the Internal Documents to any non-party at any time, except for investigators, any experts and/or consultants retained by the parties in this matter;

4. Plaintiffs and their respective attorneys of record will not attach any of the contents of the Internal Documents as exhibits to depositions or to motions filed with this Court unless the depositions or motions are sealed.

5. Plaintiffs and their respective attorneys of record agree that they will not refer to or mention any of the contents of the Internal Documents in any pleadings filed with the Court unless those pleadings are filed under seal or filed through the CM/ECF system so that the pleading is only visible to the Court and the parties of record.

6. Plaintiffs and their respective attorneys of record will only use the information contained in Internal Documents for purposes of this lawsuit and agree that this information is not to be used or disclosed in any other proceedings, litigation, depositions, and/or hearings which is not a part of cause No. 13-cv-00902-WPL-LAM

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

**SUBMITTED AND AGREED TO BY:** *(Prior to modification by the Court)*

CITY OF ALBUQUERQUE
David Tourek
City Attorney

<u>/s/ Stephanie M. Griffin</u>
Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500
*Attorney for Defendants*


**AGREED TO BY:** *(Prior to modification by the Court)*


<u>Approved via email on April 3, 2014</u>
Nanette Erdman
Paul Kennedy & Associates, P.C.
201 12th Street N.W.
Albuquerque, New Mexico 87102
(505) 842-8662

John T. Fitzpatric
John T. Fitzpatrick P.C.
1915 San Mateo N.E.
Albuquerque, NM  87110-5146
(505) 262-0757


*Attorneys for Plaintiffs*